GEORGE H. DIEHL, JR., Respondent, v. BESSIE D. BATTY, Appellant, and Others,

* Affd., 250 N. Y. 619.

Defendants.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.